

**SUPREME COURT OF GEORGIA**

Case No.  S14U0705

Atlanta          May 19, 2014

The Honorable Supreme Court met pursuant to adjournment.

The following order was passed:

### IN RE: FORMAL ADVISORY OPINION NO. 13-1

Upon consideration of the petition for discretionary review filed by the Office of General Counsel of the State Bar of Georgia in the above-styled Formal Advisory Opinion issued by the Formal Advisory Opinion Board, the same is hereby granted pursuant to Rule 4-403 (d) of the Rules and Regulations for the Organization and Government of the State Bar of Georgia to consider the Board's response to the following questions:

1. Does a Lawyer[1] violate the Georgia Rules of Professional Conduct when he/she conducts a "witness only" real estate closing?
2. Can a Lawyer who is closing a real estate transaction meet his/her obligations under the Georgia Rules of Professional Conduct by reviewing, revising as necessary, and adopting documents sent from a lender or from other sources?
3. Must all funds received by a Lawyer in a real estate closing be deposited into and disbursed from the Lawyer's trust account?

The State Bar of Georgia and any other interested party filing a brief shall follow the briefing schedule set forth in Supreme Court Rule 10, counting from the date of this order granting review.  State Bar Rule 4-403 (d).

**SUPREME COURT OF THE STATE OF GEORGIA**
Clerk's Office, Atlanta
I hereby certify that the above is a true extract from the minutes of the Supreme Court of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Therese S. Barnes* /Clerk

---

[1]Bar Rule 1.0 (j) provides that "Lawyer" denotes a person authorized by the Supreme Court of Georgia or its Rules to practice law in the State of Georgia, including persons admitted to practice in this State pro hac vice.